HERBERT W. FURMAN, RESPONDENT, v. SHELL EASTERN PETROLEUM PRODUCTS, INCORPORATED, OWNER, DEFENDANT-APPELLANT; OWEN F. LANGAN, INCORPORATED, BUILDER, DEFENDANT.

Submitted February 17, 1933—Decided April 27, 1933.

For the appellant, *Louis Auerbacher, Jr.*

For the respondent, *Lyman M. Smith.*

PER CURIAM.

In all essential matters this case is similar to *Grantwood Lumber Co.* v. *Aragona,* 109 *N. J. L.* 447, and so within the ruling in that case. There was a reference of a mechanics'

lien case by consent, a report by the referee, and an attack on the report by "exceptions," which were overruled and the report was confirmed by the court.

For the reasons stated in the Grantwood case, the appeal will be dismissed.